Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT W. OLSON,

    Plaintiff,

vs.

CONVERGENT OUTSOURCING, INC.

    Defendant.

No. 2:18-cv-00201-APG-NJK

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.

_____
MITCHELL D. GLINER, ESQ.
Nevada Bar No. 3419
3017 W. Charleston Blvd. # 95
Las Vegas, Nevada 89102
Attorney for Plaintiff

SPRINGEL & FINK LLP

_____
LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
JONATHAN C. PATTILLO, ESQ.
Nevada Bar No. 13929
10655 Park Run Drive, Suite 275
Las Vegas, Nevada 89144
Attorneys for Defendant

IT IS SO ORDERED this 26th day of June, 2018.

_____
UNITED STATES DISTRICT JUDGE